428 A.2d 696

In the Interest of Stacy Lindstrom.

In the Interest of Steven Lindstrom.

Appeals of Janet Lindstrom.

Argued November 15, 1979. Kenneth A. Zak, for appellant; Thomas D. Heberle, for Stacy Lindstrom and Steven Lindstrom, appellees. James E. Beveridge, for Child Service, participating party.

Before PRICE, HESTER and CAVANAUGH, JJ.

Orders affirmed.